**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ENTERED
APR 17 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

| | |
|---|---|
| In re | Bk. No. LA03-27007VZ |
| CRAIG E. ANDERSON | |
| | ORDER DENYING REQUEST FOR RELEASE OF UNCLAIMED FUNDS (28 U.S.C. Section 2042, Bankruptcy Rule 9013, Bankruptcy Local Rule 3011-1) |
| Debtor (s) | |

FILED
APR 1 4 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

On April 4, 2008 GLENDALE JEWELRY & LOAN filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____ 1. A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

_____ 2. Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____ 3. The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____ 4. The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____ 5. The corporate seal is not stamped on the motion &/or power of attorney.

_____    6.    The name on the corporate seal does not match the name listed on the claim.

_____    7.    An original power of attorney was not submitted.

_____    8.    The Proof of Service has not been completed.

_____    9.    The Proof of Service is incomplete. The following is missing:

_____

_____

_____    10.   There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

_____    11.   There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor.

_____    12.   The documents supporting the claim have not been certified.

_____    13.   Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case.

_____    14.   Financial Services has no record the funds being claimed were ever received by the Clerk's Office from the trustee.

__✓__    15.   No document provided showing the claimant is the owner or is authorized to sign on behalf of Glendale Jewelry & Loan..

_____    16.   No proof of identification provided (driver's license/passport).

_____    17.   Other:

_____        _4/14/08_____
United States Bankruptcy Judge                   Date
JUST - REV